**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

CITY OF BETHLEHEM,              :   No. 778 MAL 2016

                  Respondent       :

                                :   Petition for Allowance of Appeal from

                                :   the Order of the Commonwealth Court

                v.             :

                                :

ALVIN S. KANOFSKY,         :

                                :

                  Petitioner        :

## ORDER

**PER CURIAM**

      **AND NOW**, this 18th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.